# Court of Appeals
# of the State of Georgia

ATLANTA,  March 18, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1546.  CURTIS WHITAKER v. BENEFICIAL GEORGIA, INC.**

In January 2010, the trial court entered a default judgment in favor of Beneficial Georgia, Inc.  Thereafter, in September 2018, Curtis Whitaker filed a pro se motion to set aside the trial court's judgment, alleging he was not properly served. The trial court denied Whitaker's motion after finding that the motion fell under OCGA § 9-11-60 (d) (1).  Whitaker then filed his pro se notice of appeal. We, however, lack jurisdiction.

An appeal from an order denying a motion to set aside a judgment under OCGA § 9-11-60 (d) must be made by application for discretionary review.  OCGA § 5-6-35 (a) (8); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006).  "[C]ompliance with the discretionary appeals procedure is jurisdictional."  *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). Whitaker's failure to file a discretionary application thus deprives this Court of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  03/18/2019
    *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
    *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ , Clerk.